CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 24 2014

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JUNMALL J. BOYD, ) | |
| ) | Criminal No. 7:08cr00003 |
| Petitioner, ) | |
| ) | |
| v. ) | **2255 FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Boyd's § 2255 motion to vacate his sentence (ECF No. 47) is **DENIED**; and the government's motion to dismiss Boyd's § 2255 motion (ECF No. 50, 55) is **GRANTED**. The case is hereby **DISMISSED** and is **STRICKEN** from the court's active docket. Further, finding that Boyd has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER:** April 24, 2014.

UNITED STATES DISTRICT JUDGE