CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 14 2015

JULIA C. DOOLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:08-cr-00003-1 |
| v. | ORDER |
| JUNMALL J. BOYD,<br>Petitioner. | By: Hon. Michael F. Urbanski<br>United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that Petitioner's letter (Dkt. No. 60) is **CONSTRUED** and **DISMISSED** without prejudice as a successive motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255; a certificate of appealability is **DENIED**; the Federal Public Defender is **APPOINTED** pursuant to Standing Order 2015-5; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record.

ENTER: This 14th day of September, 2015.

/s/ Michael F. Urbanski
United States District Judge